LEWIS GLUSMAN and JOSEPH A. TIANO, Respondents, v. HOUSATT REALTY CORPORATION and Others, Defendants, Impleaded with MINNIE BANK, Appellant.— Action to foreclose a mortgage on certain property on East Houston street, New

York city. Judgment entered on a decision in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer and Cohn, JJ.